UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Preferred Merchant Hood, LLC</u>

    v.                                  Civil No. 06-cv-067-JD

<u>Family Dollar, Inc.</u>


<u>O R D E R</u>

    The parties have filed a motion to stay this case and toll all deadlines.

    This case was remanded to the Derry District Court with the only remaining issue in this court being the assessment of attorneys' fees against the defendant. Deadlines set by this court relating to attorneys' fees are stayed. With respect to any other deadlines, the parties must seek a stay through the state district court.

    The parties shall promptly notify the court when they have either resolved this matter or have determined that a resolution is not feasible.

    SO ORDERED.


                                                    Joseph A. DiClerico, Jr.
                                                    United States District Judge

May 2, 2006

cc:  James P. Harris, Esquire
     Vincent J. Pisegna, Esquire
     Douglas M. Watson, Esquire